Matter of HBC Victor LLC v Town of Victor (2025 NY Slip Op 04445)

Matter of HBC Victor LLC v Town of Victor

2025 NY Slip Op 04445

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, AND OGDEN, JJ. (Filed July 25, 2025.) 

MOTION NO. (683/22) OP 22-00329.

[*1]IN THE MATTER OF HBC VICTOR LLC, PETITIONER, 
v
TOWN OF VICTOR, RESPONDENT.

MEMORANDUM AND ORDER
Motion to confirm the report of Edward C. Gangarosa, Esq., as referee to report, dated December 4, 2023, granted to the extent that petitioner is awarded reasonable attorney's fees and costs in the total amount of $119,345.14 (see CPLR 4403; Campbell v New Way Life, Inc., 190 AD3d 928 [2d Dept 2021] [the court may "confirm or reject, in whole or in part . . . the report of a referee and may make new findings with or without taking additional testimony"]). The application is for $119,642.45, but is reduced by $277.29, representing professional fees that are not supported by substantial evidence (see Flagstar Bank, F.S.B. v Konig, 153 AD3d 790, 790-791 [2d Dept 2017]), and $20.02, representing alcoholic beverages that are not reimbursable, resulting in a final total award in the amount of $119,345.14.